IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,        )<br>                                                              )<br>                          Plaintiff,        )<br>                                                              )<br>vs                                                 )<br>                                                              )<br>LAURIE SERHAN,                         )<br>                                                              )<br>                         Defendant.      ) | Case No. 4:01CR72<br><br>**MEMORANDUM**<br>**AND ORDER** |

   Laurie Serhan has filed another motion seeking to force the government to file a motion to reduce her prison sentence.  (Filing 350.)   I will deny the motion.

   In 2003, this matter was fully and fairly litigated and Serhan lost.  (Filing 277.)  She did not appeal.  In 2004, I also denied her related 2255 motion (filings 323 and 324) and no appeal was taken.

   Nothing raised in her most recent filing causes me to change my mind or shed new light on the government's careful and reasoned decision (see filing 258) not to file a departure motion.  Therefore,

   IT IS ORDERED that Serhan's motion to compel (filing 350) is denied with prejudice.

   May 4, 2006.                                              BY THE COURT:

                                                                    s/ *Richard G. Kopf*
                                                                    United States District Judge