IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | **4:01CR72** |
| vs. | |
| LAURIE L. SERHAN, | **ORDER** |
| Defendant. | |

IT IS ORDERED that:

1. The defendant's unopposed Motion to Continue revocation hearing (filing 410) is granted.

2. Defendant Laurie L. Serhan's violation of supervised release hearing is continued to May 21, 2015, at 1:30 p.m., before the undersigned United States District Judge, in Courtroom No. 1, Roman L. Hruska Federal Courthouse, 111 South 18th Plaza, Omaha, Nebraska. The defendant shall be present at the hearing.

Dated this 19th day of February, 2015.

BY THE COURT:

_____
John M. Gerrard
United States District Judge