IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,              )<br>                              Plaintiff,    )<br>                                                )<br>        vs.                                      )<br>                                                )<br>LAURIE J. SERHAN,                         )<br>                              Defendant.  ) | 4:01CR72<br><br>ORDER |

Defendant Laurie J. Serhan (Serhan) appeared before the court on April 24, 2015, on the Third Amended Petition for Warrant or Summons for Offender Under Supervision (Petition) (Filing No. 413). Serhan was represented by Assistant Federal Public Defender Michael F. Maloney and the United States was represented by Assistant U.S. Attorney Thomas J. Kangior.  Through her counsel, Serhan waived her right to a probable cause hearing on the Petition pursuant to Fed. R. Crim. P. 32.1(a)(1).  I find the Petition alleges probable cause and Serhan should be held to answer for a final dispositional hearing before Judge John M. Gerrard.

The government moved for detention. Through counsel, Serhan presented argument and Serhan personally addressed the court.  The court finds Serhan has failed to carry her burden pursuant to 18 U.S.C. § 3143 and should be detained pending a dispositional hearing before Judge Gerrard.

**IT IS ORDERED**:

1. A final dispositional hearing will be held before Judge John M. Gerrard in Courtroom No. 1, Fourth Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, **at 1:30 p.m. on May 21, 2015**.  Defendant must be present in person.

2. Defendant Laurie J. Serhan is committed to the custody of the Attorney General or his designated representative for confinement in a correctional facility;

3. Defendant shall be afforded a reasonable opportunity for private consultation with defense counsel; and

4. Upon order of a United States court or upon request of an attorney for the government, the person in charge of the corrections facility shall deliver defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

DATED this 24th day of April, 2015.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge