IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:01CR72 |
| vs. | |
| LAURIE L. SERHAN, | ORDER TO WITHDRAW EXHIBITS OR TO SHOW CAUSE WHY EXHIBITS SHOULD NOT BE DESTROYED |
| Defendant. | |

Pursuant to NECivR 79.1(f) or NECrimR 55.1(g), counsel for defendant shall either 1) withdraw the following exhibit previously submitted in this matter within 14 calendar days of the date of this order, or 2) show cause why the exhibit should not be destroyed:

Defendant's exhibit number 101 from detention hearing held 1/17/14.

If counsel fails to withdraw the exhibit as directed or to show cause why the exhibit should not be destroyed, the clerk's office is directed to destroy the listed exhibit without further notice to the parties or order from the court.

IT IS SO ORDERED.

Dated this 18th day of December, 2017.

BY THE COURT:

s/ John M. Gerrard
United States District Judge